UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEABURY & SMITH, INC., | No. CV-03-481-JLQ |
| Plaintiff(s), | **JUDGMENT IN A CIVIL CASE** |
| vs. | |
| PAYNE FINANCIAL GROUP, INC., EDWARD EUGENIO, and D. GERARD BULGER, | |
| Defendant(s). | |

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the claims herein are Dismissed With Prejudice and without costs or attorneys fees to any party.

DATED: September 29, 2005         JAMES R. LARSEN, CLERK

                                  by     s/Linda Emerson
                                     Linda Emerson, Deputy Clerk

JUDGMENT IN A CIVIL CASE